# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>DANNY'S RESTAURANT, LLC AND  )<br>DANNY'S OF JACKSON, LLC F/K/A  )<br>BABY O'S RESTAURANT, INC D/B/A  )<br>DANNY'S DOWNTOWN CABARET  )<br>)<br>**Defendants.**  ) | Civil Action No.<br>3:16-cv-00769-HTW-LRA |

## PLAINTIFF UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

Plaintiff, United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff"), respectfully moves for summary judgment as to liability on the claims asserted by the EEOC in its Complaint against Danny's of Jackson, LLC ("Defendant"). EEOC is entitled to this relief for the reasons set forth more fully in its Memorandum of Law in Support of Motion for Summary Judgment as to Liability, filed contemporaneously with this motion, and the following evidentiary exhibits attached hereto:

**Exhibit A**: Def. Amended Resp. to EEOC Interrog. No. 11

**Exhibit B**: Declaration of Adrea Samuel, dated February 5, 2018

**Exhibit C**: Excerpts from deposition of Michael Rayner, dated October 25, 2017

**Exhibit D**: Excerpts from deposition of Brittany Rayner, dated September 20, 2017

**Exhibit E**: Declaration of Sharday Moss, dated January 31, 2018

**Exhibit F**: Excerpts from deposition of Alison Wade, dated October 13, 2017

**Exhibit G**: Excerpts from 30(b)(6) deposition of Danny's of Jackson, dated January 19, 2018

**Exhibit H**: Sherida Edwards' EEOC Charge of Discrimination

**Exhibit I**:  EEOC Letter of Determination, dated April 24, 2012

**Exhibit J**:  Ashley Williams' EEOC Charge of Discrimination

**Exhibit K**: Affidavit of Dax Owens, dated January 18, 2018

**Exhibit L**:  Declaration of Mike Farrell, Esq., dated January 24, 2018

**Exhibit M**: EEOC Letter of Determination, dated June 6, 2016

**Exhibit N**: Declaration of Latoria Garner, dated January 31, 2018

**Exhibit O**: Photo of cash register at Danny's Downtown

**Exhibit P**: Declaration of Ashley Williams, dated February 5, 2018

**Exhibit Q**: Declaration of Jordyn Riddle, dated January 31, 2018

Date: February 6, 2018

> */s/Alysia D. Franklin*
> **ALYSIA D. FRANKLIN**
> Trial Attorney
> CA Bar No. 264410
> alysia.franklin@eeoc.gov
>
> **CHRISTOPHER WOOLLEY**
> Trial Attorney
> CA Bar No. 241888
> christopher.woolley@eeoc.gov
>
> **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
> 1130 22nd Street South

Suite 2000
Birmingham, AL 35205
Phone: (205) 212-2064

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

*/s/Alysia Franklin*
Alysia Franklin