IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION                                                                                     PLAINTIFF

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 09 2018
ARTHUR JOHNSTON
BY_____DEPUTY

Vs.                                                                       CIVIL NO. 3:16-CV-00769 HTW-LRA

DANNY'S RESTAURANT, LLC, et al.,                                                                     DEFENDANTS

**AFFIDAVIT OF DANIEL DAXON OWENS IN SUPPORT OF RULE 11**

**MOTION TO DISMISS**

I, Daniel Daxon Owens, also known as Dax, hereby states:

1. I am over 21 years old, of sound mind and body, and fully able to make this statement.

2. On or about January 18, 2018, I was required to attend a deposition located at the Federal Building in Jackson, Hinds County, Mississippi. Upon arrival I spoke with two ladies who identified themselves as attorneys for the EEOC. I told them I did not want to give them a deposition, and they told me that if I tried to leave they would have me arrested on the spot. They told me that my dad, Danny M. Owens, was putting the blame for this case on me, and that I should give a statement to help myself and keep from going to jail. They told me that if I would just sign an affidavit that ~~my dad~~ I told my dad [initialed D.O.]

*D.O.* ~~told me~~ about the EEOC charges, that I would not have to be deposed or testify at trial, and that I would not go to jail.

3. I signed the affidavit they prepared for me for these reasons, even though I do not remember telling my dad about this case at all while he was in jail.

4. Affiant further sayeth not..

I, Daniel Daxon Owens, hereby certify under the penalties of perjury that the above is true and correct to the best of my knowledge and belief, this 25th day of September, 2018.

/S/ _____,

DANIEL DAXON OWENS

## NOTARY

Sworn and subscribed to before me this 25th day of September, 2018.

_____
NOTARY

My commission expires: 4-16-22.

