# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**                                                                           **PLAINTIFF**

**v.**                                                    **Civil Action No. 3:16-CV-00769-HTW-LRA**

**DANNY'S RESTAURANT, LLC AND**
**DANNY'S OF JACKSON, LLC F/K/A**
**BABY O'S RESTAURANT, INC. D/B/A**
**DANNY'S DOWNTOWN CABARET**                                                             **DEFENDANTS**

---

## ORDER

---

The above cause having been submitted to the jury,

IT IS NOW ORDERED that said jury be kept together in the custody of the United States District Court and that said Court make proper provision for their meals at the expense of the United States until such time as they shall have reached a verdict, or are otherwise discharged.

**SO ORDERED AND ADJUDGED** this the 14th day of May, 2019.

                                                    s/ HENRY T. WINGATE
                                                  UNITED STATES DISTRICT JUDGE