*Original*

**Verdict Form**

SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

**As to Ashley Williams:**

1.  Do you find that Ashley Williams is entitled to any compensatory damages as a result of Danny's actions?

    Answer Yes or No ___Yes___

    If yes, proceed to number 2.  If no, proceed to number 3.

2.  What sum of money, if paid now in cash, would fairly and reasonably compensate Ashley Williams for the damages, if any, you have found Defendant Danny's of Jackson caused her?

    a.  Past suffering, inconvenience, mental anguish and loss of enjoyment of life

    $ _80,000.00_

    b.  Future suffering, inconvenience, mental anguish and loss of enjoyment of life

    $_45,000.00_

    c.  Back pay

    $_20,400.00_

3.  Do you find that punitive damages should be assessed against Danny's of Jackson for discriminating against Ashley Williams?

    Answer Yes or No ___Yes___

    If your answer is "Yes,"
    in what amount?   $_300,000.00_

**As to Sharday Moss:**

1. Do you find that Sharday Moss is entitled to any compensatory damages as a result of Danny's actions?

   Answer Yes or No ___Yes___
   If yes, proceed to number 2.  If no, proceed to number 3.

2. What sum of money, if paid now in cash, would fairly and reasonably compensate Sharday Moss for the damages, if any, you have found Defendant Danny's of Jackson caused her?

   a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life

   $ _300,000.00_

   b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life

   $ _15,000_

   c. Back pay

   $ _1,500.00_

3. Do you find that punitive damages should be assessed against Danny's of Jackson for discriminating against Sharday Moss?

   Answer Yes or No ___Yes___

   If your answer is "Yes,"
   in what amount? $ _300,000.00_

**As to Jordyn Riddle:**

1. Do you find that Jordyn Riddle is entitled to any compensatory damages as a result of Danny's actions?

   Answer Yes or No ___Yes___
   If yes, proceed to number 2.  If no, proceed to number 3.

2. What sum of money, if paid now in cash, would fairly and reasonably compensate Jordyn Riddle for the damages, if any, you have found Defendant Danny's of Jackson caused her?

   a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life

     $ _75,000.00_

   b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life

     $ _25,000.00_

   c. Back pay

     $ _20,450.00_

3. Do you find that punitive damages should be assessed against Danny's of Jackson for discriminating against Jordyn Riddle?

   Answer Yes or No    _Yes_

   If your answer is "Yes,"
   in what amount?   $ _300,000.00_

**As to Latoria Garner:**

1. Do you find that Latoria Garner is entitled to any compensatory damages as a result of Danny's actions?

   Answer Yes or No _Yes_
   If yes, proceed to number 2.  If no, proceed to number 3.

2. What sum of money, if paid now in cash, would fairly and reasonably compensate Latoria Garner for the damages, if any, you have found Defendant Danny's of Jackson caused her?

   a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life

     $ _475,000.00_

   b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life

     $ _155,000.00_

   c.  Back pay

$ _79,200.00_

3.  Do you find that punitive damages should be assessed against Danny's of Jackson for discriminating against Latoria Garner on the basis of her race?

Answer Yes or No    _Yes_

If your answer is "Yes,"
in what amount?   $ _300,000.00_

**As to Adrea Samuel:**

1.  Do you find that Adrea Samuel Williams is entitled to any compensatory damages as a result of Danny's actions?

Answer Yes or No _Yes_
If yes, proceed to number 2.  If no, proceed to number 3.

2.  What sum of money, if paid now in cash, would fairly and reasonably compensate Adrea Samuel for the damages, if any, you have found Defendant Danny's of Jackson caused her?

   a.  Past suffering, inconvenience, mental anguish and loss of enjoyment of life

$_360,000.00_

   b.  Future suffering, inconvenience, mental anguish and loss of enjoyment of life

$_90,000.00_

   c.  Back pay

$ _9,000.00_

3.  Do you find that punitive damages should be assessed against Danny's of Jackson for discriminating against Adrea Samuel on the basis of her race?

Answer Yes or No    _Yes_

If your answer is "Yes,"
in what amount?   $ _300,000.00_

SO SAY WE ALL.

DATE: _May 14, 2019_