IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY'S RESTAURANT, LLC AND DANNY'S OF JACKSON, LLC F/K/A BABY O'S RESTAURANT, INC D/B/A DANNY'S DOWNTOWN CABARET<br><br>    Defendants. | Civil Action No.<br>3:16-cv-00769-HTW-LGI |

## ORDER STRIKING NON-PARTY'S MOTION FOR NEW TRIAL

Danny M. Owens has moved this court for a new trial [doc. no. 162]. This court previously entered its order denying Danny M. Owens' Motion to Intervene in this case. As Danny M. Owens is not a party to this lawsuit, his Motion for a New Trial cannot be considered and is hereby stricken from the record.

The motion **[doc. no. 162]** is **stricken** from the record and will not considered by this court.

SO ORDERED AND ADJUDGED, this, the 16th day of August, 2021.

                s/ HENRY T. WINGATE
                U.S. DISTRICT JUDGE