IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>   Plaintiff                       )<br>)<br>v.                                     )<br>)<br>DANNY'S RESTAURANT, LLC AND )<br>DANNY'S OF JACKSON, LLC F/K/A )<br>BABY O'S RESTAURANT, INC D/B/A )<br>DANNY'S DOWNTOWN CABARET     )<br>)<br>   Defendants             )| Civil Action No.<br>3:16-cv-00769-HTW-LGI |

## JUDGMENT ON JURY VERDICT

THIS CAUSE came on to be heard on May 6, through May 14, 2020, in Jackson, Mississippi, on the Complaint of the United States Equal Employment Opportunity Commission against the Defendant Danny's of Jackson, LLC.  Having been called for trial and all parties being present in open court and represented by counsel and having announced ready for trial upon issue joined, this matter proceeded to trial before a jury of ten (10) good and lawful citizens.  All parties presented evidence and finally rested their case.  After hearing all of the evidence and arguments of counsel presented, this matter was presented to the Jury upon instructions by the Court.

The Jury thereupon retired, deliberated, and returned into open court a verdict in favor of the United States Equal Employment Opportunity Commission against the defendant Danny's of Jackson, LLC, in the following amounts.

As to Ashley Williams:

a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life $80,000

b.  Future suffering, inconvenience, mental anguish and loss of enjoyment of life $45,000.

c.  Back pay $20,400

Punitive damages $300,000.00

As to Sharday Moss:

a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life $300,000

b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life $75,000.

c. Back pay $1,500

Punitive damages $300,000

As to Jordyn Riddle:

a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life $75,000

b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life $25,000.

c. Back pay $20,450

Punitive damages $300,000.

As to Latoria Garner:

a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life $475,000

b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life $155,000.

c. Back pay $79,200

Punitive damages $300,000

As to Adrea Samuel:

a. Past suffering, inconvenience, mental anguish and loss of enjoyment of life $360,000

b. Future suffering, inconvenience, mental anguish and loss of enjoyment of life $90,000

c. Back pay $9,000

Punitive damages $300,000

The Court, having received the verdict and determined that the verdict was unanimous, the jury having determined the amount of damages in favor of each complainant in the following amounts: **$445,400** in favor of Ashley Williams.; **$676, 500** in favor of Sharday Moss; **$420,450** in favor of Jordyn Riddle; **$1,009,200** in favor of Latoria Garner; and **$759,000** in favor of Adrea Samuel.

IT IS THEREFORE ORDERED AND ADJUDGED that this final judgment be entered in favor of Plaintiff, Equal Employment Opportunity Commission and Complainants Ashley Williams, Sharday Moss, Jordyn Riddle, Latoria Garner and Adrea Samuel.

IT IS FURTHER ORDERED AND ADJUDGED that the United States Equal Employment Opportunity Commission is awarded its costs of this action.

IT IS FURTHER ORDERED AND ADJUDGED, that the parties have twenty-eight (28) days from the entry of Judgment to file post-trial motions.

SO ORDERED AND ADJUDGED, this the 16th day of August, 2021.

                                              __s/ HENRY T. WINGATE_____
                                              UNITED STATES DISTRICT COURT JUDGE